■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD NICOMETO, Appellant. [764 NYS2d 896] —Appeal from an order of Genesee County Court (Noonan, J.), entered September 4, 2001, which, inter alia, ordered defendant to pay restitution in the amount of $11,179.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Memorandum: County Court properly ordered defendant to pay restitution in the amount of $11,179 based upon the testimony and documents received at the restitution hearing (*see People v Consalvo,* 303 AD2d 202 [2003]; *People v Appleby,* 295 AD2d 960 [2002], *lv denied* 99 NY2d 533 [2002]; *People v Morales,* 256 AD2d 729 [1998], *lv denied* 95 NY2d 868 [2000]). The People established by a preponderance of the evidence that the victim and its insurer sustained an out-of-pocket loss in that amount as a result of the offense (*see* CPL 400.30 [4]; Penal Law § 60.27 [1]; *People v Francis L.M.,* 278 AD2d 919 [2000], *lv denied* 97 NY2d 754 [2002]; *Morales,* 256 AD2d at 729-730; *People v Hodge,* 176 AD2d 1234 [1991], *lv denied* 78 NY2d 1127 [1991]). Present—Pigott, Jr., P.J., Pine, Wisner and Kehoe, JJ.